UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BLACKSHEAR,

           Plaintiff,

v.                                   Case No. 3:03-cv-1075-J-12TEM

SHERIFF NATHANIEL GLOVER, et al.,

           Defendants.

_____

**ORDER**

This cause is before the Court on Plaintiff's April 20, 2005, Motion of Notice to the Court (Doc. #82), in which Plaintiff states that his life is in danger and requests protection from the alleged continual retaliation by prison officials. Insofar as Plaintiff may be attempting to obtain a temporary restraining order and/or preliminary injunction, it is clear that Plaintiff has failed to comply with the strictures of Fed.R.Civ.P. 65 and Local Rules 4.05 and 4.06. Thus, such requests are due to be denied. However, because Plaintiff asserts that his life is in danger and requests protection from the alleged retaliation, the Court will direct the Clerk to send a copy of this Order and Plaintiff's Notice to Gerald Abdul Wasi, the Inspector General for the Florida Department of Corrections, so that he may take whatever action he may deem to be appropriate.

Further, it appears that Plaintiff has raised issues that are not the subject of this lawsuit. Therefore, if Plaintiff intends

to raise new claims, he may do so by filing the enclosed civil rights complaint form after he has fully exhausted the administrative grievance procedures with respect to each issue against each Defendant.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's requests for a temporary restraining order and/or a preliminary injunction, contained in his Motion of Notice to the Court (Doc. #82), are **DENIED**.

2.  The **Clerk** of Court shall send a copy of this Order and Plaintiff's Motion of Notice to the Court (Doc. #82) to Gerald Abdul Wasi, the Inspector General for the Florida Department of Corrections, via facsimile, at the following telephone number: (850) 414-0953.

3.  The Clerk shall send a civil rights complaint form to Plaintiff for his future use to address any new condition of confinement claims.

**DONE AND ORDERED** at Jacksonville, Florida, this 20TH day of April, 2005.

Howell W. Melton
UNITED STATES DISTRICT JUDGE

sc 4/20
c
Michael Blackshear
Counsel of Record